**Order filed February 10, 2015.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-14-00572-CV

_____

**RICHARD ALAN HAASE, Appellant**

**V.**

**ABRAHAM, WATKINS, NICHOLS, SORRELS AND FRIEND, LLP AND RANDY SORRELLS, Appellees**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-17970**

---

## ORDER

The reporter's record in this case was due October 20, 2014. *See* Tex. R. App. P. 35.1. On December 18, 2014, the official court reporter, Michelle Tucker, filed one volume of the reporter's record covering the hearing on appellant's motion for new trial on June 20, 2014. On February 5, 2015, appellant filed a motion for extension of time to file his brief until a supplemental reporter's record

from the March 28, 2014, hearing has been filed. To date, the court has been unable to confirm whether a record was made of a hearing held on or about March 28, 2104. Accordingly, we issue the following order:

We order **Michelle Tucker**, the official court reporter, to provide written responses or before **February 20, 2015,** to the following requests for information:

1. Did the trial court conduct a hearing in this case on or about March 28, 2014?

2. If so, was the hearing reported?

3. If the hearing was reported, was it reported by the official court reporter or a substitute court reporter?

4. If the hearing was reported by a substitute court reporter, identify the substitute reporter and provide his/her contact information.

If the requested hearing was reported, we further order **Michelle Tucker** to file, or ensure that the substitute reporter files, a supplemental reporter's record from the hearing held on or about March 28, 2014, with the clerk of this court on or before **March 6, 2015**.

Appellant's brief shall be due seven days after the supplemental reporter's record is filed, or if no record was made of the requested hearing, the brief shall be due seven days after written confirmation of that fact is filed by the official court reporter.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and McCally.